UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WHITMORE | CIVIL ACTION |
| VERSUS | 17-1300-SDD-SDJ |
| FOREMOST INSURANCE COMPANY | |

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated September 28, 2020, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Defendant, Foremost Insurance Company, are hereby DISMISSED without prejudice.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana the 21st day of October, 2020.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 23.